**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-1943**

─────────────

ROBERT JAMES KENNY,

                               Plaintiff - Appellant,

      versus

UNITED STATES COURT OF APPEALS FOR THE FOURTH
CIRCUIT,

                               Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-99-296-3)

─────────────

Submitted: September 30, 1999      Decided: October 6, 1999

─────────────

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Robert James Kenny, Appellant Pro Se. Mary Hannah Lauck, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert James Kenny appeals from the district court's order dismissing his civil action and imposing a pre-filing injunction. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Kenny v. United States Court of Appeals for the Fourth Circuit</u>, No. CA-99-296-3 (E.D. Va. June 16, 1999). We deny Kenny's motion to expedite and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2